```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                               Case No. 18-00188-RNO
Mariana Louise Golphin                                               Chapter 13
         Debtor                    CERTIFICATE OF NOTICE

District/off: 0314-5          User: CGambini              Page 1 of 2        Date Rcvd: Mar 08, 2018
                              Form ID: ntcnfhrg           Total Noticed: 40
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2018.
```
db            +Mariana Louise Golphin,    285 Sugarbush Road,    Henryville, PA 18332-7175
5012875       +AMCOL SYSTEMS,    111 LANCEWOOD ROAD,    COLUMBIA, SC 29210-7523
5012878        CAPITAL ONE BANK,    PO BOX 30281,    SALT LAKE CITY, UT 84130-0281
5012880       +CEDAR CREST COLLEGE/ECIS,    100 COLLEGE DRIVE,    ALLENTOWN, PA 18104-6196
5012881       +CHILDREN'S HOSPITAL OF PHILADELPHIA,    3401 CIVIC CENTER BLVD,    PHILADELPHIA, PA 19104-4319
5012882        COMENITY BANK,    BANKRUPTCY DEPT,    PO BOX 182125,    COLUMBUS, OH 43218-2125
5012883        COORDINATED HEALTH,    PO BOX 826348,    PHILADELPHIA, PA 19182-6348
5012884        CREDIT FIRST NA,    PO BOX 81083,    CLEVELAND, OH 44181
5029037        Credit First NA,    PO Box 818011,    Cleveland, OH 44181-8011
5012886       +FED LOAN SERVICING CREDIT,    PO BOX 60610,    HARRISBURG, PA 17106-0610
5012888       +FREEDOM MORTGAGE,    10500 KINCAID DR STE 111,    FISHERS, IN 46037-9764
5012887        FREEDOM MORTGAGE,    PO BOX 619063,    DALLAS, TX 75261-9063
5012889        GENESIS FS CARD SERVICES,    PO BOX 4485,    BEAVERTON, OR 97076-4485
5012890       +HAYT HAYT & LANDAU,    TWO INDUSTRIAL WAY WEST,    EATONTOWN, NJ 07724-2279
5012891        HEALTH NETWORK LABORATORIES,    794 ROBLE ROAD,    ALLENTOWN, PA 18109-9110
5012892        HELLER'S GAS,    500 NORTH POPLAR STREET,    BERWICK, PA 18603-1526
5012893       +LEHIGH VALLEY HEALTH NETWORK,    1200 S CEDAR CREST BLVD CUB 2ND FL,
                ATTN STAFFING OFF. VALERIE KOCHER,    ALLENTOWN, PA 18103-6202
5012894        LENDMARK FINANCIAL SVC,    2118 USHER ST NW,    COVINGTON, GA 30014-2434
5012895        MEDICREDIT INC,    PO BOX 1629,    MARYLAND HEIGHTS, MO 63043-0629
5012898       +PATENAUDE & FELIX APC,    4545 MURPHY CANYON ROAD,    3RD FLOOR,    SAN DIEGO, CA 92123-4363
5012899        PEERLESS CREDIT SERVICES,    PO BOX 518,    MIDDLETOWN, PA 17057-0518
5012900        PENN CREDIT,    PO  BOX  988,    HARRISBURG, PA 17108-0988
5012902        ST LUKE'S PHYS GROUP,    PO BOX 5386,    BETHLEHEM, PA 18015-0386
5012905       +TIMBER HILL COMMUNITY ASSOC,    PO BOX 321,    HENRYVILLE, PA 18332-0321
5018833       +Timber Hill Community Association,    c/o Nicholas Charles Haros, Esq.,    Young & Haros, LLC,
                802 Main Street,    Stroudsburg, PA 18360-1602
5021514        U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                Harrisburg, PA 17106-9184
5012906       +VERIZON,    PO BOX 5029,    WALLINGFORD, CT 06492-7529
5012907       #VERIZON WIRELESS SOUTHEAST,     PO  BOX 26055,    MINNEAPOLIS, MN 55426-0055
5012908        WELLS FARGO DEALER SERVICES,    MAC T9017-026,    PO BOX 168048,    IRVING, TX 75016-8048
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5012876        E-mail/Text: legal@arsnational.com Mar 08 2018 19:10:47      ARS NATIONAL SERVICES,
                PO BOX 469046,    ESCONDIDO, CA 92046-9046
5012877        E-mail/Text: GenesisFS@ebn.phinsolutions.com Mar 08 2018 19:11:39      BANKCARD SERVICES,
                PO BOX 4499,    BEAVERTON, OR 97076-4499
5012879       +E-mail/Text: bkr@cardworks.com Mar 08 2018 19:09:58      CARSON SMITHFIELD LLC,    PO BOX 9216,
                OLD BETHPAGE, NY 11804-9016
5012885        E-mail/PDF: creditonebknotifications@resurgent.com Mar 08 2018 19:11:58      CREDIT ONE BANK,
                PO BOX 98873,    LAS VEGAS, NV 89193-8873
5012896        E-mail/Text: bkr@cardworks.com Mar 08 2018 19:09:58      MERRICK BANK CORP,    PO BOX 9201,
                OLD BETHPAGE, NY 11804-9001
5012897       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 08 2018 19:11:05      MIDLAND FUNDING,
                2365 NORTHSIDE DR STE 300,    SAN DIEGO, CA 92108-2709
5012901        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 08 2018 19:11:57
                PORTFOLIO RECOVERY,    120 CORPORATE BLVD,    NORFOLK, VA 23502-4962
5026324        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 08 2018 19:12:26
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5013203       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 08 2018 19:27:42
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5012903        E-mail/PDF: gecsedi@recoverycorp.com Mar 08 2018 19:12:07      SYNCHRONY BANK,
                ATTN BANKRUPTCY DEPT,    PO BOX 965060,    ORLANDO, FL 32896-5060
5012904       +E-mail/Text: bankruptcynotices@cbecompanies.com Mar 08 2018 19:11:18      THE CBE GROUP,
                1309 TECHNOLOGY PKWY,    CEDAR FALLS, IA 50613-6976
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
                ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent Rubino    on behalf of Debtor 1 Mariana Louise Golphin
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;lbeaton@newmanwilliams.com
                                                                                                TOTAL: 3
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Mariana Louise Golphin<br>aka Mariana L. Golphin, aka Mariana Golphin<br>Debtor(s) | Chapter 13<br>Case No. 5:18−bk−00188−RNO |

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **April 25, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: May 2, 2018<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CGambini, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 8, 2018 |