IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                           :        CHAPTER 13
MARIANA LOUISE GOLPHIN,       :
a/k/a MARIANA L. GOLPHIN,       :        CASE NO.: 5:18-bk-00188
a/k/a MARIANA GOLPHIN,          :
                Debtor         :

## **REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES**

**Instructions:**  Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), being paid through a Chapter 13 plan and reimbursement of expenses.
                   Complete **Part B** for payment of compensation and reimbursement of expenses awarded by separate Court order.
                   Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| | |
|---|---|
| **A.** Presumptively reasonable fees under L.B.R. 2016-2(c) | |
| 1. Amount agreed to by debtor | $ 4,000 |
| 2. Less amount paid to attorney prior to filing petition | $ 0 |
| 3. Balance of compensation to be paid through plan distributions | $ 4,000 |
| 4. Expenses advanced to be paid through plan distributions: (describe expense and amount) | $ 0 |

| | |
|---|---|
| **B.** Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a) | |
| 1. Retainer received | $ |
| 2. Compensation earned prepetition and paid to attorney prior to filing petition | $ |
| 3. Expenses reimbursed prepetition | $ |
| 4. Balance in retainer after deduction of prepetition compensation and expenses | $ |
| 5. Compensation and expenses approved by the Court to be paid through plan distributions less balance in client trust account | $ |

| | |
|---|---|
| **C.** The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(2) in the following amount based on the information above: | $4,000 |

Dated:  July 16, 2018                    /s/ Vincent Rubino
                                                 Attorney for Debtor